# Register of Actions

|  | Filed by Plaintiff/Petitioner | **Case Number:** 2025CV030970 | **Division:** 409 |
|---|---|---|---|
|  | Filed by Defendant/Respondent | **Case Type:** Breach of Contract | **Judicial Officer:** Jon Jay Olafson |
|  | Filed by Court | **Case Caption:** Nome Partners LLC et al v. Us Liability Ins Co | **Court Location:** Denver County - District |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| D066D4B194006 | 04/03/2025 8:17 AM | Kristin L Arthur, Robert Lawrence Barlow | Garnett Powell Maximon Barlow and Farbes | Nome Partners Llc, Cbz Mgmt Llc (more) | Return of Service | Affidavit of Service of Summons, Civil Cover Sheet, Exhibits 1-21, and Delay Reduction Order served on Emily Sessa (Paralegal to registered agent to United States Liability Insurance Company) for United States Liability Insurance Company on 3/27/25 | Public |
| ADFF4E9434FA3 | 03/25/2025 8:03 AM | Kristin L Arthur, Robert Lawrence Barlow | Garnett Powell Maximon Barlow and Farbes | Nome Partners Llc, Cbz Mgmt Llc (more) | Summons | Summons | Public |
| N/A (Details) | 03/17/2025 2:31 PM | Jon Jay Olafson | Denver County - District | N/A | Order | DELAY REDUCTION ORDER | Public |
| 50A4CD66408C2 | 03/14/2025 6:39 PM | Kristin L Arthur, Robert Lawrence Barlow | Garnett Powell Maximon Barlow and Farbes | Nome Partners Llc, Cbz Management Llc (more) | Complaint w/Jury Demand | Complaint for Damages and Jury Demand with attach. | Public |
|  |  |  |  |  | Exhibit - Attach to Pleading/Doc | Exhibit 1 - Complaint for Damages and Jury Demand (Class Action Complaint) | Protected |
|  |  |  |  |  | Exhibit - Attach to Pleading/Doc | Exhibit 1a - Complaint for Damages and Jury Demand (Order Re TRO) | Protected |
|  |  |  |  |  | Exhibit - Attach to Pleading/Doc | Exhibit 2 - Complaint for Damages and Jury Demand (Email dated August 15) | Protected |
|  |  |  |  |  | Exhibit - Attach to Pleading/Doc | Exhibit 3 - Complaint for Damages and Jury Demand (Email dated August 15) | Protected |
|  |  |  |  |  | Exhibit - Attach to Pleading/Doc | Exhibit 4 - Complaint for Damages and Jury Demand (Email dated August 23) | Protected |
|  |  |  |  |  | Exhibit - Attach to Pleading/Doc | Exhibit 5 - Complaint for Damages and Jury Demand (Email dated August 26) | Protected |
|  |  |  |  |  | Exhibit - Attach to Pleading/Doc | Exhibit 6 - Complaint for Damages and Jury Demand (Email dated August 30) | Protected |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 7 - Complaint for Damages and Jury Demand (Email dated September 5) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 8 - Complaint for Damages and Jury Demand (Email dated September 6) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 9 - Complaint for Damages and Jury Demand (Email dated September 18) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 10 - Complaint for Damages and Jury Demand (Letter dated September 23) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 11 - Complaint for Damages and Jury Demand (Email dated September 27) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 12 - Complaint for Damages and Jury Demand (Email dated September 30) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 13 - Complaint for Damages and Jury Demand (Email dated October 11) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 14 - Complaint for Damages and Jury Demand (Email dated October 16) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 15 - Complaint for Damages and Jury Demand (Email dated October 28) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 16 - Complaint for Damages and Jury Demand (Email dated November 18) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 17 - Complaint for Damages and Jury Demand (Email dated November 27) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 18 - Complaint for Damages and Jury Demand (Email dated January 2) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 19 - Complaint for Damages and Jury Demand (Email dated October 2) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 20 - Complaint for Damages and Jury Demand (Email dated October 6) | Protected |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 21 - Complaint for Damages and Jury Demand (Insurance Policy) | Protected |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| Cbz Mgmt Llc | Plaintiff | Active | KRISTIN L ARTHUR (Garnett Powell Maximon Barlow and Farbes)<br>ROBERT LAWRENCE BARLOW (Garnett Powell Maximon Barlow and Farbes) |
| Nome Partners Llc | Plaintiff | Active | KRISTIN L ARTHUR (Garnett Powell Maximon Barlow and Farbes)<br>ROBERT LAWRENCE BARLOW (Garnett Powell Maximon Barlow and Farbes) |
| Shmaryahu Baumgarten | Plaintiff | Active | KRISTIN L ARTHUR (Garnett Powell Maximon Barlow and Farbes)<br>ROBERT LAWRENCE BARLOW (Garnett Powell Maximon Barlow and Farbes) |
| Us Liability Ins Co | Defendant | Active | N/A |
| Zev Baumgarten | Plaintiff | Active | KRISTIN L ARTHUR (Garnett Powell Maximon Barlow and Farbes)<br>ROBERT LAWRENCE BARLOW (Garnett Powell Maximon Barlow and Farbes) |