Nationwide Affidavit

3/28/25, 4:35 PM

## AFFIDAVIT OF SERVICE

| Case:<br>2025 CV 30970 | Court:<br>DISTRICT | County:<br>DENVER, CO | Job:<br>12971686 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>NOME PARTNERS, LLC, CBZ MANAGEMENT , LLC, ZEV BAUMGARTEN AND SHMARYAHU BAUMGARTEN | | Defendant / Respondent:<br>UNITED STATES LIABILITY INSURANCE COMPANY | |
| Received by:<br>QUALITY PROCESS SERVERS | | For:<br>GARNETT, POWELL, MAXIMOM, BARLOW & FARBES / 770-712-2389 | |
| To be served upon:<br>UNITED STATES LIABILITY INSURANCE COMPANY, C/O REGISTERED AGENT DIETZ & DAVIS P.C. WILLIAM ROGERS | | | |

DATE FILED
April 3, 2025 8:17 AM
FILING ID: D066D4B194006
CASE NUMBER: 2025CV30970

I, KATYA GAYTAN, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** UNITED STATES LIABILITY INSURANCE COMPANY, C/O REGISTERED AGENT DIETZ & DAVIS P.C. WILLIAM ROGERS, 2060 Broadway STE 400, Boulder, CO 80302

**Manner of Service:** Authorized, Mar 27, 2025, 4:20 pm MDT

**Documents:** SUMMONS, CIVIL COVER SHEET, COMPLAINT, EXHIBITS 1 - 21, DELAY REDUCTION ORDER (Received Mar 25, 2025 at 1:19pm MDT)

**Additional Comments:**
1) Successful Attempt: Mar 27, 2025, 4:20 pm MDT at 2060 Broadway STE 400, Boulder, CO 80302 received by UNITED STATES LIABILITY INSURANCE COMPANY, C/O REGISTERED AGENT DIETZ & DAVIS P.C. WILLIAM ROGERS.
SERVED: EMILY SESSA, PARALEGAL AUTHORIZED TO ACCEPT .

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAW OF
COLORADO THAT THE FOREGOING IS TRUE AND CORRECT.

_____    3/28/2025

KATYA GAYTAN
QUALITY PROCESS SERVERS