IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-01303-CYC

NOME PARTNERS, LLC,
CBZ MANAGEMENT, LLC,
ZEV BAUMGARTEN,
SHMARYAHU BAUMGARTEN,

    Plaintiffs,

v.

UNITED STATES LIABILITY INSURANCE COMPANY,

    Defendant.

## ENTRY OF APPEARANCE

To:    The Clerk of Court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs Nome Partners, LLC; CBZ Management, LLC; Zev Baumgarten; and Shmaryahu Baumgarten.

Respectfully submitted this 25th day of April, 2025.

    *s/ Robert L. Barlow*
    Robert L. Barlow, Reg. No. 43537
    Garnett Powell Maximon Barlow & Farbes
    1125 17th Street, Suite 2200
    Denver, CO 80202
    Telephone: (303) 991-3344
    Email: rob.barlow@garnettlegalgroup.com

    *Attorney for Plaintiffs Nome Partners, LLC; CBZ Management, LLC; Zev Baumgarten; and Shmaryahu Baumgarten*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 25, 2025, a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was electronically filed using the Court's CM/ECF system upon the following:

Vincent J. Velardo
Litchfield Cavo, LLP
2455 E. Parleys Way, Suite 320
Salt Lake City, UT 84109
Telephone: (801) 410-4982
velardo@litchfieldcavo.com

*Attorneys for Defendant*

*s/ Tracy Williams*
Tracy Williams

2