IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:25-cv-01303-CYC

NOME PARTNERS, LLC,
CBZ MANAGEMENT, LLC,
ZEV BAUMGARTEN,
SHMARYAHU BAUMGARTEN,

    Plaintiffs,

v.

UNITED STATES LIABILITY INSURANCE COMPANY,

    Defendant.

---

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION**

---

Under 28 U.S.C. § 636(c) and

    (1)    D.C.COLO.LCivR 40.1(c) (Assignment of Cases/Direct Assignment to Magistrate Judges);

or

    (2)    Fed. R. Civ. P. 73 and D.C.COLO.LCivR 72.2 (Consent Jurisdiction of a Magistrate Judge);

or

    (3)    D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

**OR**

\_\_\_X\_\_\_ at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Respectfully submitted this 13th day of June, 2025.

/s/ Robert L. Barlow
Robert L. Barlow, Reg. No. 43537
Kristin L. Arthur, Reg. No. 52397
Garnett Powell Maximon Barlow & Farbes
1125 17th Street, Suite 2200
Denver, CO 80202
Telephone: (303) 991-3344
rob.barlow@garnettlegalgroup.com
kristin.arthur@garnettlegalgroup.com

*Attorneys for Plaintiffs Nome Partners, LLC; CBZ Management, LLC; Zev Baumgarten; and Shmaryahu Baumgarten*

/s/ Paul G. Roche
Vincent J. Velardo, CBM 55712
Litchfield Cavo, LLP
2455 E. Parleys Way, Suite 320
Salt Lake City, UT 84109
Telephone: (801) 410-4982
velardo@litchfieldcavo.com

Paul G. Roche, Reg. No. 423912
Litchfield Cavo, LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089
Telephone: (860) 413-2800
roche@litchfieldcavo.com

*Attorneys for Defendant United States Liability Insurance Company*

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on June 13, 2025, a true and correct copy of the foregoing **ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JUDGE JURISDICTION** was electronically filed using the Court's CM/ECF system upon the following:

Vincent J. Velardo
Litchfield Cavo, LLP
2455 E. Parleys Way, Suite 320
Salt Lake City, UT 84109
Telephone: (801) 410-4982
velardo@litchfieldcavo.com

Paul G. Roche, Reg. No. 423912
Litchfield Cavo, LLP
82 Hopmeadow Street, Suite 210
Simsbury, CT 06089
Telephone: (860) 413-2800
roche@litchfieldcavo.com

*Attorneys for Defendant United States
Liability Insurance Company*

                *s/ Tracy Williams*
                Tracy Williams

3